FILED

APR 2 . 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
        v.                         )          2:11-CR-238-PMP-(CWH)
                                   )
EDWARD ALLYN SORENSEN,             )
                                   )
              Defendant.           )
_____   )

## ORDER OF FORFEITURE

This Court found on September 6, 2012, that EDWARD ALLYN SORENSEN shall pay a criminal forfeiture money judgment of $946,548.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 34; Order of Forfeiture, ECF No. 45.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from EDWARD ALLYN SORENSEN a criminal forfeiture money judgment in the amount of $946,548.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);

. . .

. . .

. . .

1  Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

2  Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

3      DATED this ____ day of _____ April _____ , 2013.

4

5

6                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26